# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSEPH STEVENSON                                            PLAINTIFF

v.                      No. 3:21-cv-146-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head Nurse,
Greene County Detention Center; and
DOES, Greene County Jail Administrative
Staff, Medical Staff, and Employees                  DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 11*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 September 2022