# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSEPH STEVENSON**                                              **PLAINTIFF**

v.                  No. 3:21-cv-146-DPM

**GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head Nurse,
Greene County Detention Center; and
DOES, Greene County Jail Administrative
Staff, Medical Staff, and Employees**             **DEFENDANTS**

## JUDGMENT

Stevenson's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2022